423 A.2d 1309

Lightholder et al. v. Ewing, Appellant.

Argued June 18, 1979. George E. Ewing, for appellant; James H. McCune, for appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

Order affirmed.